In re BROOKLYN CITY R. CO. et al. (Supreme Court, Appellate Division, Second Department. June 14, 1898.) In the matter of the application of the Brooklyn City Railroad Company and others for the appointment of commissioners to determine whether a railroad should be constructed and operated on Johnson, Washington, and Fulton streets, in the borough of Brooklyn. No opinion. Application granted. Herbert T. Ketcham, John Henry Wal-

bridge, and William H. Ziegler appointed commissioners. See 51 N. Y. Supp. 1139.